

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| BERNIE BANUELOS, | No. CV 15-3273-PA (RAOx) |
|---|---|
| Plaintiff, | ORDER APPROVING STIPULATION FOR PROTECTIVE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | The Honorable Rozella Oliver |
| Defendants. | United States Magistrate Judge |

Having reviewed the parties' Stipulation for Protective Order, the Court hereby approves said Stipulation permitting Defendant to release the confidential or sensitive information ("Protected Information").

**IT IS SO ORDERED.**

DATED: May 31, 2016

ROZELLA OLIVER
United States Magistrate Judge

Respectfully submitted,

EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

 /s/ Erika Johnson-Brooks
ERIKA JOHNSON-BROOKS
RUTH M. KWON
Assistant United States Attorney
Attorneys for Defendant

1