JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| BERNIE BANUELOS, | No. CV 15-03273 PA (RAOx) |
| Plaintiff, | ORDER RE: SETTLEMENT AND DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, | Honorable Percy Anderson |
| Defendant. | |

**IT IS HEREBY ORDERED:**

1.    Plaintiff's action is dismissed without prejudice subject to either party reopening the action on or before October 3, 2016;

2.    After October 3, 2016, absent a further order of the Court, Plaintiff's action is dismissed with prejudice;

3.    The Court retains jurisdiction for purposes of enforcing the terms of the Stipulation for Compromise Settlement until October 3, 2016; and

4.    Each party shall bear their own costs of suit and attorney's fees.


DATED:  August 23, 2016

_____

Honorable Percy Anderson
UNITED STATES DISTRICT JUDGE

Respectfully submitted,
EILEEN M. DECKER
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN MARIE-LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section

 /s/ Erika Johnson-Brooks

1

1
2
ERIKA JOHNSON-BROOKS
Assistant United States Attorney
Attorneys for Defendant

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28